UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

NICOLE V.,

                        Plaintiff,

         v.                                            6:19-CV-348
                                                                     (DJS)

ANDREW M. SAUL, *Comm'r of Soc. Sec.*,[1]

                        Defendant.
_____

| APPEARANCES: | OF COUNSEL: |
|---|---|
| LAW OFFICES OF STEVEN R. DOLSON<br>Attorney for Plaintiff<br>126 North Salina Street, Suite 3B<br>Syracuse, NY 13202 | STEVEN R. DOLSON, ESQ. |
| SOCIAL SECURITY ADMINISTRATION<br>Attorney for Defendant<br>J.F.K. Federal Building, Room 625<br>15 New Sudbury Street<br>Boston, Massachusetts 02203 | NATASHA OELTJEN, ESQ. |

**DANIEL J. STEWART**
**United States Magistrate Judge**

## ORDER

      The Complaint in this action was filed March 19, 2019. Dkt. No. 1. The parties then stipulated to remand the matter to the Social Security Administration for further proceedings. Dkt. Nos. 13-14. Plaintiff has now filed a Motion for Attorneys' Fees under the Equal Access to Justice Act. Dkt. No. 16. The Motion seeks that the fee award be

---

[1] Andrew M. Saul became the Commissioner of Social Security on June 17, 2019. The Clerk of Court is respectfully directed to amend the caption.

paid directly to counsel.  *Id.*  Defendant responded that provided no debt subject to offset is owed to the federal government, he did not oppose the Motion.  Dkt. No. 18.  Plaintiff has now affirmatively represented to the Court that no such debt is owed.  Dkt. No. 20.

Based on the foregoing, Plaintiff is awarded attorney fees under the Equal Access to Justice Act (EAJA) (28 U.S.C. § 2412, *et seq.*) in the amount of $3648.50.  It is further ordered that payment will be made directly to Plaintiff's attorney pursuant to the agreed upon assignment from Plaintiff.  *See* Dkt. No. 16-4.

**IT IS SO ORDERED**.

Dated: April 7, 2020
Albany, New York

Daniel J. Stewart
U.S. Magistrate Judge